UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

---

| | : | |
|---|---|---|
| JAMES WINANS, | : | CASE NO. 5:22-cv-01793 |
| | : | |
| Plaintiff, | : | JUDGE JAMES S. GWIN |
| | : | |
| v. | : | OPINION & ORDER |
| | : | [Resolving Docs. 2, 5] |
| COMMISSIONER OF SOCIAL | : | |
| SECURITY ADMINISTRATION, | : | |
| | : | |
| Defendant. | : | |

---

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

On October 6, 2022, Plaintiff James Winans filed a complaint seeking judicial review of the Social Security Commissioner's denial of his application for benefits.[1] Winans also filed an *in forma pauperis* ("IFP") application.[2]

Magistrate Judge Thomas M. Parker recommended that the Court deny Winans' IFP application.[3] Winans did not object to the Report and Recommendation.

The Federal Magistrates Act requires a district court to conduct a *de novo* review only of those portions of a Report and Recommendation to which the parties have made an objection.[4] Absent objection, a district court may adopt the Magistrate Judge's report without review.[5] Moreover, this Court agrees with the Magistrate Judge's conclusions.

---

[1] Doc. 1.
[2] Doc. 2.
[3] Doc. 5.
[4] 28 U.S.C. § 636(b)(1).
[5] Thomas v. Arn, 474 U.S. 140, 149 (1985).

Case No. 1:22-cv-00677
GWIN, J.

While Winans is unemployed and has no income, he has $3,700 in cash, $1,700 in a checking account, a house valued at $165,000, and stock assets valued at $5,500.[6] The Court finds that Winans can pay the Court's $402 filing fee without undue hardship.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation and **DENIES** Winans' IFP application.

IT IS SO ORDERED.

Dated: February 17, 2023    *s/    James S. Gwin*
                            JAMES S. GWIN
                            UNITED STATES DISTRICT JUDGE

---

[6] Doc. 2.